## No. 16,627.

SAVAGEAU *v.* DANIELS & FISHER STORES COMPANY.
(238 P. [2d] 881)

Decided December 3, 1951.

PER CURIAM.

Judgment affirmed in department without written opinion, Mr. Chief Justice Jackson, Mr. Justice Alter, Mr. Justice Moore and Mr. Justice Holland, participating.

Mr. GEORGE K. THOMAS, for plaintiff in error.

Mr. CHARLES W. SHELDON, JR., for defendant in error.